RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*Dawn A. Penn
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

*Attorney for Petitioner Jose Sanchez Alberte

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jose Sanchez Alberte, | |
| Petitioner, | Case No. 2:26-cv-01699-GMN-EJY |
| v. | **Stipulation and Order for Extension of Time to File First Amended Petition** |
| John Mattos, *et al.*, | |
| Respondents. | **(First Request)** |

Petitioner Jose Sanchez Alberte and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition by six days, up to and including June 25, 2026. This is the first request for an extension of time.

Petitioner Jose Sanchez Alberte filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 5, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Alberte on June 5, 2026.[2] Undersigned counsel appeared on June 8, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of the Court's order.[4] Therefore, Mr. Alberte's amended petition was due June 19, 2026. However, because that date is a federal holiday, the due date became June 22, 2026. For the reasons explained below, the parties now enter into this Stipulation requesting a short six-day extension of time for Petitioner to file his amended petition.

Counsel for Petitioner has been diligently working on finalizing Mr. Alberte's amended petition. While drafting the amended petition, Counsel realized that more information is needed from Mr. Alberte to complete it. Counsel reached out to Nevada Southern Detention Center, where Mr. Alberte is detained, on June 18, 2026, to schedule a video visit to take place on June 22, 2026. On June 22, 2026, Nevada Southern Detention Center advised Counsel that the earliest it could accommodate the request would be June 23, 2026.

Counsel requires an extension of six days to talk to Mr. Albert and complete the amended petition. This extension will allow counsel to thoroughly complete the amended petition while also taking into consideration her other case obligations and deadlines.

Undersigned counsel and counsel for Respondents, Martin Mayer, have conferred regarding the need for an extension of time to file the Amended Petition

[1] ECF No. 5.

[2] ECF No. 3.

[3] ECF No. 8.

[4] ECF No. 3.

and agree on the proposed extension of six days. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated: June 22, 2026

Respectfully submitted,

Todd Blanche
Acting Attorney General of the
United States

Rene L. Valladares
Federal Public Defender

/s/ *Martin Mayer*
Martin Mayer
Assistant United States Attorney

*/s/ Dawn A. Penn*
Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 23, 2026___

3